UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Consuelo Slavin

                Plaintiff,        Civil No.: 1:19-cv-00355-JMF-KNF

          - against -

Andrew Saul,
Commissioner of Social Security,
              Defendant.
-------------------------------------------------------------X

# ORDER

The Court, having considered Plaintiff's Motion for Fees pursuant to 42 U.S.C. § 406(b)(1) and all the supporting documents annexed thereto,

**IT IS ORDERED** that attorney fees in the net amount of $17,842.00, which represents 25% of Plaintiff's retroactive benefits, be **GRANTED**.

Entered: May 13, 2021

_____
Honorable Jesse M. Furman
United States District Judge

Upon receipt of this award from Defendant, Mr. Pierre should promptly refund to the Plaintiff EAJA fees already received by counsel, if any.  The portion of the Court's previous Order at ECF No. 18 awarding EAJA fees is hereby VACATED, though the Clerk of Court need not remove it from the docket.  The Clerk of Court is directed to terminate ECF No. 19.  SO ORDERED.